**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Anthony James Moore,            Plaintiff, vs. Timothy Schuetzle,            Defendant. | ) ) ) ) **ORDER (AMENDED) RE APPLICATION** ) **TO PROCEED IN FORMA PAUPERIS** ) ) Case No. 1:06-cv-079 ) ) |

The court granted the plaintiff's request to proceed in forma pauperis in Case No. 1:06-cv-079 on November 11, 2006. (Docket No. 6). The order granting the plaintiff's request contained a scrivener's error, however. It stated that the statutory filing fee is $250.00. It should have stated that the statutory filing fee is $350.00. Accordingly, the court's order granting the plaintiff's request (Docket No. 6) shall be amended as follows to reflect the correct filing fee.

Although he is a prisoner, the plaintiff must pay the statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). Based upon the information contained in the Certificate of Inmate Account and Assets submitted by the plaintiff, dated September 16, 2006, **a partial filing fee of $0** is hereby assessed for this action pursuant to 28 U.S.C. § 1915(b)(1). Thereafter, the plaintiff will be obligated to make monthly payments in the amount as determined by 28 U.S.C. § 1915(b)(2) until said filing fee is paid in full. The full fee will be collected even if the court dismisses the case because it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks money damages against a defendant who is immune from such relief. See 28 U.S.C. § 1915(e)(2); 28 U.S.C. § 1915(A).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The plaintiff's request to proceed in this matter *in forma pauperis* is **GRANTED**.

2. The plaintiff is assessed an initial partial filing fee of $0, payable to the Clerk of this Court and due on or before December 2, 2006.  See 28 U.S.C. § 1915(b).

3. The remaining filing fee owed shall be paid to the Clerk of this Court from the plaintiff's inmate spending account or release aid account in accordance with 28 U.S.C. § 1915(b)(2).  The institution where the plaintiff is incarcerated is required to post payments from plaintiff's inmate spending account or release aid account in an amount of 20% of each future month's income placed in the plaintiff's accounts.  Such payment shall be made each time the amount in the inmate spending account or release aid account exceeds $10.00 and continue until the statutory fee of $350.00 is paid in full.

4. A notice of this obligation shall be sent to plaintiff, the appropriate prison official, and the Attorney General.

Dated this 21st day of March, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge